IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:** Esquivel, Michael J

Printed: 12/13/07

Case Number: 07 B 15161
Judge: Wedoff, Eugene R
Filed: 8/21/07

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:   Dismissed: October 18, 2007
Confirmed: None

## SUMMARY OF RECEIPTS & DISBURSEMENTS

|  | Receipts | Disbursements |
|---|---|---|
|  | 0.00 |  |
| Secured: |  | 0.00 |
| Unsecured: |  | 0.00 |
| Priority: |  | 0.00 |
| Administrative: |  | 0.00 |
| Trustee Fee: |  | 0.00 |
| Other Funds: |  | 0.00 |
| Totals: | 0.00 | 0.00 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | Ernesto D Borges Jr Esq | Administrative | 3,324.00 | 0.00 |
| 2. | Onyx Acceptance Corp | Secured | 8,201.00 | 0.00 |
| 3. | Onyx Acceptance Corp | Unsecured | 181.48 | 0.00 |
| 4. | Asset Acceptance | Unsecured | 174.83 | 0.00 |
| 5. | Commonwealth Edison | Unsecured | 441.09 | 0.00 |
| 6. | National Payment Center | Unsecured | 3,109.36 | 0.00 |
| 7. | Illinois Dept Of Healthcare And Family | Priority | | No Claim Filed |
| 8. | Illinois Dept Of Healthcare And Family | Unsecured | | No Claim Filed |
| 9. | American Collection Corp | Unsecured | | No Claim Filed |
| 10. | DFAS-DE | Unsecured | | No Claim Filed |
| 11. | Corporate Collections | Unsecured | | No Claim Filed |
| 12. | Credit One | Unsecured | | No Claim Filed |
| 13. | Affiliated Financial Corpotation | Unsecured | | No Claim Filed |
| 14. | Nicor Gas | Unsecured | | No Claim Filed |
| 15. | Provident Bank | Unsecured | | No Claim Filed |
| 16. | United States Dept Of Education | Unsecured | | No Claim Filed |
| 17. | Tribute/Fbold | Unsecured | | No Claim Filed |
| | | | _____ | _____ |
| | | | $ 15,431.76 | $ 0.00 |

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| | _____ |
| | $ 0.00 |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| **IN RE:** Esquivel, Michael J | Case Number: 07 B 15161 |
| | Judge: Wedoff, Eugene R |
| Printed: 12/13/07 | Filed: 8/21/07 |

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

                                          Marilyn O. Marshall, Trustee, by:

